In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00274-CR
_____

NATHAN PAUL FREEMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 19-01-01159-CR

MEMORANDUM OPINION

Nathan Paul Freeman has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.


PER CURIAM

Submitted on December 10, 2019
Opinion Delivered December 11, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.